FILED
2002 AUG 27 PM 1:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| GARRY ORLANDO GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 00-B-2731-NE |
| | ) | |
| LIMESTONE COUNTY SHERIFF MIKE | ) | |
| BLAKELY, RANDY KING, CHUCK VESSELS, | ) | |
| ALAN POTTER, MIKE GUNTER, GREGG | ) | |
| LOTT, and THE ATHENS/LIMESTONE | ) | |
| DRUG TASK FORCE, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
AUG 27 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 23, 2002, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 27th day of August, 2002.

Sharon Lovelace Blackburn
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

42